# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | |
| PFIZER, INC. ET AL. | NO.: 15-00327-BAJ-EWD |

## RULING AND ORDER

Before the Court is the State of Louisiana's ("Plaintiff") **Motion to Remand (Doc. 4)**. The Magistrate Judge has issued a Report and Recommendation (Doc. 11) recommending that Plaintiff's Motion to Remand be granted, and that Plaintiff's cause of action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana. Defendants Pfizer, Inc. and Warner-Lambert Company, LLC (collectively, "Defendants") object to the Magistrate Judge's Report. (Doc. 12).

Having independently considered Plaintiff's **Motion to Remand (Doc. 4)** and related filings—including Defendants' objections and additional responses filed by the parties, (Docs. 15, 21)—the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 11)**, and **ADOPTS** it as the Court's opinion herein.[1]

Accordingly,

---

[1] Specifically, the Court agrees that Defendants cannot satisfy the "substantial" requirement set forth in *Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing*, 545 U.S. 308 (2005).

1

19th JDC

IT IS ORDERED that Plaintiff's Motion to Remand is **GRANTED** for the reasons explained in the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 3rd day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**